UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17-mj-1258-T-MAP

AARON HERNANDEZ

Defendant.
_____________________________/

**DETENTION ORDER**

THIS CAUSE is before the court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(C). The Defendant is charged with possessing with intent to distribute 500 grams or more of cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Because there is probable cause to believe that he committed an offense punishable by a prison term exceeding ten years, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e). After the benefit of a detention hearing, I find that the Defendant has not rebutted this presumption for the following reason. The Defendant conceded the government's motion. Nonetheless, should circumstances warrant, the Defendant may seek reconsideration of this order.

It is therefore ORDERED:

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on April 11, 2017.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service
Pretrial Services